KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228
E-mail: stewart.young@usdoj.gov

FILED
08 APR 14 PM 3:35
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. '08 CV 0674 IEG BLM<br><br>NOTICE OF LIS PENDENS |

**OWNER OF RECORD: THOMAS V. SWIFT**

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at 16201 Swartz Canyon Road, Ramona, California, and All Improvements and Appurtenances Affixed Thereto. The defendant property is more particularly described as:

**ASSESSORS PARCEL NO. 288-210-11-00**

**LOT 274 OF SAN DIEGO COUNTRY ESTATES, UNIT NO. 1, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 7450, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 11, 1972, AS FURTHER DESCRIBED.**

The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug

trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.

The owner of record of the above-described property is Thomas V. Swift.

BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: April 14, 2008

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br>Defendant. | Case No. _______<br>CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA )
ss. )
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED THAT:

I, Lilian Ruiz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to Thomas V. Swift, 413 Silver Spur, San Marcos, California.

This is the last known address, at which place there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

[signature]
LILIAN RUIZ