KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar No. 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: leah.bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | ) | Case No. 08cv0674-IEG(BLM)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4.

The following government attorney (who is admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

N/A

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Name

N/A

Please call me if you have any questions about this notice.

DATED: April 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Leah R. Bussell

LEAH R. BUSSELL
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: leah.bussell@usdoj.gov