UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, Defendant. | Case No. 08cv0674-IEG(BLM) CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Leah R. Bussell, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the NOTICE OF APPEARANCE, by the United States Postal Service, to the following non-ECF participant in this case:

Thomas V. Swift
413 Silver Spur Way
San Marcos CA 92069-1322,

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008.

s/ Leah R. Bussell
LEAH R. BUSSELL