KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar No. 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: leah.bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BOULEVARD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. 08cv0672-JAH(LSP)<br><br>NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. 08cv0673-BTM(BLM) |

(Caption continued on next page)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. 08cv0674-IEG(BLM) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 818 ORA AVO DRIVE, VISTA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. 08cv0675-JLS(AJB) |

NOTICE OF RELATED CASES

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Local Rule 206-2 of the Southern District of California, the United States of America, plaintiff in the above-entitled action, believes that the four actions are related to one another.

The four actions are related in that the cases were based on the same series of acts and transactions committed by Thomas Swift, Kevin Kennedy and others, and thus, will involve the same issues of fact and law.

//

//

//

The assignment of all matters to a single judge and magistrate will serve to save judicial time and energy in determining common questions of law and fact.

DATED: April 24, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Leah R, Bussell

LEAH R. BUSSELL
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: leah.bussell@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE RESIDENTIAL PROPERTY LOCATED AT 2585 RAINBOW VALLEY BOULEVARD, FALLBROOK, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br>Defendant. | Case No. 08cv0672-JAH(LSP)<br><br>CERTIFICATE OF SERVICE BY MAIL |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE RESIDENTIAL PROPERTY LOCATED AT 9411 VISTA ALETA, VALLEY CENTER, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br>Defendant. | Case No. 08cv0673-BTM(BLM) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br>Defendant. | Case No. 08cv0674-IEG(BLM) |

(Caption continued on next page)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 818 ORA AVO DRIVE, VISTA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | ) | Case No. 08cv0675-JLS(AJB) |

IT IS HEREBY CERTIFIED that:

I, Leah R. Bussell, am a citizen of the United States and am at least eighteen years of age.

I hereby certify that I have caused to be mailed the NOTICE OF RELATED CASES, by the United States Postal Service, to the following participants in this case:

Thomas V. Swift
413 Silver Spur Way
San Marcos CA 92069-1322

Eugene G. Iredale, Esq.
105 West F Street, 4th Floor
San Diego CA 92101

Kevin D. Kennedy
1221 Adobe Terrace
Vista CA 92081-6335

William K. Mueller, Esq.
400 S. Melrose Drive, Suite 101
Vista CA 92081

EMHV Holdings, LLC
138 Escondido Avenue
Vista CA 92084

These are the last known addresses, at which places there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008.

s/ Leah R. Bussell
LEAH R. BUSSELL