# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

Plaintiff,

v.

One Residential Property Located at 16201 Swartz Canyon Road, Ramona, CA, and All Improvement and Appurtenances

Defendant

No. 08cv674-IEG(BLM)

FILED 2008 MAY 01 PM 4:41 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.**

**REPORT OF CLERK PURSUANT TO LOW NUMBER RULE**

Re: "Low Numbered" Case No. 08cv672-JAH(LSP)

Title: United States of America v. One Residential Property 2585 Rainbow Valley

Nature of Case: 21:881 Forfeiture Property - Drugs

The above "low numbered" case and the present case appear

X (1) to arise from the same or substantially identical transactions, happenings or events; or

X (2) involve the same or substantially the same parties or property; or

___ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

X (4) call for determination of the same or substantially identical questions of law; or

X (5) where a case is refiled within one year of having previously been terminated by the Court; or

X (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #: 08cv674-JAH(LSP)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court ,

DATED: April 24, 2008 By: J. Ha

(By) Deputy, J. Haslam

ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: 4-25-08 John A. Houston

John A. Houston
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge John A. Houston and Magistrate Judge Leo S. Papas for all further proceedings.

DATED: 4/29/08 Irma E. Gonzalez

Irma E. Gonzalez
United States District Judge