EUGENE G. IREDALE, ESQ. (SBN: 75292)
LAW OFFICES OF EUGENE G. IREDALE
105 West "F" Street, 4th Floor
San Diego, California 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorney for claimant, Thomas V. Swift

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br>Defendants. | ) | CASE NO.: 08-cv-0674-IEG (BLM)<br><br>**CLAIM** |

I, Thomas V. Swift, hereby state that I am the trustee of the Thomas V. Swift Trust, which is the owner of record of the property located at 16201 Swartz Canyon Road, Ramona, California.

Respectfully submitted,

DATED: June 10, 2008

[signature]
THOMAS V. SWIFT