**United States of America v. One Residential Property Located at 16201 Swartz Canyon Rd.**
***U.S. District Court, Southern District of California Case No. 08-cv-0674-IEG (BLM)***

## DECLARATION AND PROOF OF SERVICE

I, Grace Jun, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On **June 13, 2008**, I served the following document(s):

**CLAIM AND VERIFICATION OF CLAIM BY THOMAS V. SWIFT**

[X] (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the following interested parties:

LEAH R. BUSSELL
Assistant U.S. Attorney
Email: leah.bussell@usdoj.gov

[X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

[X] (By **Hand Delivery**) I personally served such envelope(s) via hand delivery.

[ ] (By **U.S. Postal Mail**) I placed such envelopes for collection and mailing on this date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 13, 2008** in San Diego, California.

Grace Jun
Paralegal to Eugene Iredale, Esq.