KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar No. 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: leah.bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendants. | Civil No. 08cv0674-JAH(LSP)<br><br>DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS |

I, Leah R. Bussell, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On April 14, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above defendant ("defendant property"). On June 27, 2008, the Complaint was posted on the front door of the residence by a duly authorized United States Marshal.

On June 11, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

//

| Name and Address | Article No. | Result |
|---|---|---|
| Thomas V. Swift<br>413 Silver Spur Way<br>San Marcos CA 92069-1322 | 7004 2510 0003 3017 4243 | Signed for as received on 6/12/08. |
| Eugene G. Iredale, Esq.<br>105 West F Street, 4th Floor<br>San Diego CA 92101 | 7004 2510 0003 3017 4236 | Signed for as received on 6/12/08. |
| JP Morgan Chase Bank<br>1111 Polaris Parkway<br>Columbus OH 43240 | 7004 2510 0003 3017 4250 | Signed for as received on 6/14/08. |
| CT Corporation System<br>Agent for Service of Process<br>818 West Seventh Street<br>Los Angeles CA 90017 | 7004 2510 0003 3017 4267 | Signed for as received on 6/12/08. |

On June 13, 2008, Thomas V. Swift filed a claim to the defendant property. However, Thomas Swift did not file an answer to the complaint within 20 days as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions.

On July 15, 22 and 29, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone except Thomas V. Swift, who has not filed the requisite answer.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September, 2008.

s/ Leah R, Bussell
LEAH R. BUSSELL
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: leah.bussell@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 16201 SWARTZ CANYON ROAD, RAMONA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. 08cv0674-JAH(LSP)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Leah R. Bussell, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Eugene G. Iredale, Esq.
   Email: egiredale@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008.

s/ Leah R. Bussell
LEAH R. BUSSELL