**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. 16201 SWARTZ CANYON ROAD No. 08CV674-JAH(LSP)

HON. LEO S. PAPAS CT. DEPUTY JENNIFER JARABEK Rptr. ____________

Attorneys

| Plaintiffs | Defendants |
|---|---|
| ____________ | ____________ |
| ____________ | ____________ |
| ____________ | ____________ |

The date and time of the Settlement Conference on September 12, 2008, at 9 a.m. is vacated.

__X__ Copies to: Counsel of Record _____ Notified by Telephone

DATED: September 10, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge